IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-MC-005-KDB-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **$42,082.16 IN U.S. CURRENCY,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion For Extension Of Time To File Complaint For Forfeiture" (Document No. 1) filed May 12, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion For Extension Of Time To File Complaint For Forfeiture" (Document No. 1) is **GRANTED**. The Government's deadline to file a Complaint is **June 14, 2023**.

**SO ORDERED**.

Signed: May 14, 2023

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge